UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOLORES SEIFERT and
BRIAN A. SEIFERT,

Plaintiffs,

vs. CASE NO.: 6:17-cv-155-Orl-41DCI

CHRISTINA R. SCHOECKLER and
TRANSAMERICA LIFE INSURANCE
COMPANY

Defendants.
_______________________________________/

**DEFENDANT/COUNTERCLAIM PLAINTIFF/CROSSCLAIM PLAINTIFF, TRANSAMERICA LIFE INSURANCE COMPANY'S**
**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__**X**__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Christina R. Schoeckler v. Transamerica Life Insurance Company, Brian A. Seifert, and Dolores Seifert, Case No. 2016-CA-011097-O, pending in the Ninth Judicial Circuit in and for Orange County, Florida

______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated: February 3, 2017

Respectfully submitted,

s/ Candy L. Messersmith

CANDY L. MESSERSMITH, ESQUIRE
Florida Bar No. 0186996
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
E-mail: cmessersmith@rumberger.com
Attorneys for Transamerica Life Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Roddy B. Lanigan, Esquire** at Roddy.Lanigan@laniganpl.com, ecf@laniganpl.com. I further certify that I e-mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: **Jonathan P. Blakely, Esquire** at jblakelylaw@windstream.net.

s/ Candy L. Messersmith

CANDY L. MESSERSMITH, ESQUIRE
Florida Bar No. 0186996
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
E-mail: cmessersmith@rumberger.com
Attorneys for Transamerica Life Insurance Company